No. 1,876.—STATE EX REL. GILCHRIST, RELATOR, *v.*
WESTON, DEFENDANT.

Original—*Mandamus.*

(For former opinion, see 27 Mont. 185, 70 Pac. 519.)

On motion to tax costs.

Decided January 31, 1903.

*Mr. R. Lee Word, Mr. C. F. Kelly,* and *Mr. W. M. Bickford,*
for Relator.

*Mr. J. J. McHatton, Mr. L. P. Forestell,* and *Mr. Guy Sta-
pleton,* for Defendant.

---

No. 1,875.—STATE EX REL. GILCHRIST, RELATOR, *v.*
WESTON, DEFENDANT.

Original—Injunction.

(For former opinion, see 27 Mont. 197, 70 Pac. 1134.)

On motion to tax costs.

Decided January 31, 1903.

Per Curiam.—Relator's motion to tax the costs herein, heretofore submitted to the court, is sustained, and the cost bill of defendant is disallowed.

(Mr. Justice Holloway, having taken no part in the consideration of this cause, takes no part in this decision.)